UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Luis A. Pinet,<br>Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br>Respondent. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No.: cr-97-102(T) |

**MOTION/REQUEST FOR APPOINTMENT OF COUNSEL**

LUIS A. PINET, pro se, hereby enters this Motion to the Court for the appointment of counsel in order to file a Motion under 18 U.S.C. § 3582(c)(2). Petitioner is indigent at this time and has attached a Financial Affidavit for the Court (see attached CJA 23).

Due to the recent retroactive sentencing guidline amendment, Petitioner is seeking a reduction in sentence which is applicable to Petitioner's case.

WHEREFORE, Petitioner asks this Court to appoint counsel.

Respectfully submitted,

Luis A. Pinet
Fed. Reg. #04508-070
F.C.I. Ray Brook
P.O. Box 9005
Ray Brook, NY 12977

CERTIFICATION

I hereby swear and affirm that all contents included are true and has been mailed postage prepaid first-class to: U.S. Attorney's Office on this 17 day of March 2008.

Luis A. Pinet