UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

        v.                      Cr. No. 97-102T

LUIS PINET

### ORDER DENYING MOTION TO APPOINT COUNSEL

Luis Pinet has filed a motion for appointment of counsel in order to file a motion for reduction of sentence pursuant to 18 U.S.C. §3582(c)(2). A review of the record indicates that the defendant is ineligible for a reduction in sentence pursuant to 18 U.S.C. §3582(c) because he is classified as a career offender and his sentencing guideline remains unchanged. Therefore, the motion to appoint counsel is denied.

By Order

/s/ Deputy Clerk

ENTER:

/s/ Ernest C. Torres
Ernest C. Torres
Sr. U.S. District Judge
Date: Jan. 11, 2009